# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**CONNIE RAY ISRAEL,**

    **Plaintiff,**

**v.**                                                   **Case No. 4:21-cv-268-AW-MJF**

**MITCHELL KEEN, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's January 20 Report and Recommendation. ECF No. 16. I have also considered de novo the issues raised in Plaintiff's Objection. ECF No 17. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1. The Report and Recommendation (ECF No. 16) is adopted and incorporated into this order.

2. The clerk will enter a judgment that says, "This action is dismissed under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1), for failure to state a claim upon which relief can be granted."

3. The clerk will close the file.

SO ORDERED on February 24, 2022.

                                                       s/ *Allen Winsor*
                                                       United States District Judge